# United States District Court
# For The Western District of North Carolina
# Charlotte Division

RONALD EDWARD DEESE,

    Plaintiff(s),                 JUDGMENT IN A CIVIL CASE

vs.                                        3:05CV252

THEODIS BECK,
*Secretary of the Department of Correction*,

    Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 5, 2007 Order.

                                       Signed: November 5, 2007

                                       Frank G. Johns, Clerk
                                       United States District Court